UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO JOSEPH FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>MONIVIRIN SON, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-02077-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |

Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid either the required filing fee of $350.00 or the required $52.00 administrative fee.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees, totaling $402.00.

The revised *in forma pauperis* application form includes a section that must be completed by a jail official, which must be accompanied by a certified copy of the prisoner's jail trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding *in forma pauperis* are not required to pay the $52.00 administrative fee.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either an application to proceed *in forma pauperis* on the form provided by the Clerk of Court or the $402.00 filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:   November 28, 2022                                    _____
                                                                                            JEREMY D. PETERSON
                                                                                            UNITED STATES MAGISTRATE JUDGE

2